AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Bobby Lee Ingram,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV516-48,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 8/26/16, adopting the Magistrate Judge's Report and Recommendation, Judgment is hereby entered dismissing the Petitioners' motion to vacate pursuant to 28:2255.

| 8/26/16 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |